UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Joseph C. Lehman
    Plaintiff

Vs.

Individual Members of the
Indiana Electoral Commission

Cause No.

-FILED-

JUL 1 3 2016

ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

3:16CV458

COMPLAINT
42 US 1983

Plaintiff:  Joseph C. Lehman, 410 Gra-Roy Dr.. Goshen, IN  46526
             Telephone 574-534-9200, jclehman50@gmail.com
      Pro-Se

Defendants:  1.  Bryce Bennett, Jr.,
             2.  S. Anthony Long
             3.  Suzannah Overholt
             4.  Zachary Klutz
             All in their capacities as the current members of the Indiana
             Electoral Commission, c/o IN Secretary of State, Indianapolis, IN

## CAUSE OF ACTION

On February 4, 2016, the Indiana Electoral Commission received my declaration of candidacy for judge of the Elkhart Circuit court, and rejected the application for not also filing a file stamped statement of economic interest, as per Indiana Code 3-8-2-11

On my declaration I noted that I had sent my statement of economic interest by regular US mail to the commission on judicial qualification on February 3, 2016, and that I would send a file stamped copy to the IEC, when received.

I ask that the commission be ordered to place me on the ballot for the general election as the Democratic Party candidate for Elkhart Circuit Court judge, as no one else is now on the ballot for that position for the Democratic Party.

An extraordinary reason why I should be on the ballot is that the Republican candidate this fall is one of a group of four that are alleged by a retired FBI investigator to have been pocketting forfeited bail money and the local prosecutor will not even investigate despite my plea.  My only recourse is to go directly to the voters and let them have a choice.

RELIEF

I.C. 3-8-2-11 is not constitutional for reasons to be set forth, including the interest of the voters in having a full ballot in a democracy. Just as voters may cast a provisional ballot if not bring their identification to the polls, the commission should provisionally accept my declaration pending receipt of the file stamped statement of economic interest.

## V. VERIFICATION AND SIGNATURE

### Initial Each Statement and Sign at the Bottom

I have included two properly completed summons forms (available from the clerk) for each defendant I am suing, including full name, job title and work address.

I have included one properly completed process receipt and return form (USM-285) (available from the U.S. Marshal) for each defendant I am suing.

In addition to this complaint with an original signature, I have included one copy of this complaint for each defendant and one extra for the court.

I have included full payment of the filing fee **OR** attached a properly completed petition to proceed *in forma pauperis* (available from the clerk).

I agree to promptly notify the clerk of any change of address.

I have read all of the statements in this complaint. *[Do not forget to keep a copy for your records.]*

I declare **under penalty of perjury** that the foregoing is true and correct.

Signed this ___9th___ day of ___July___, 20_16_.

_____
Your Signature